UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR04-0407JLR |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO VACATE |
| v. | |
| PETER SPORTELLI, | |
| Defendant. | |

This matter comes before the court upon Defendant Peter Sportelli's motion for an order to vacate the record of his felony conviction. (Mot. (Dkt. # 27).) For the reasons explained below, the Motion is DENIED.

In 2005, Mr. Sportelli pled guilty to mail fraud. (*See* Judgment (Dkt. # 16).) Mr. Sportelli now "asks the Court for an order vacating the record of his conviction of a felony offense..." based on RCW 9.94A.640. (*See* Mot. at 1.)

RCW 9.94A.640 is a Washington State statute. The statute, by its terms, does not apply to federal convictions. Mr. Sportelli has not cited any authority that would allow

ORDER - 1

the court to vacate his conviction. (*See, e.g.*, Fed. R. Crim. P. 34; Fed. R. Crim. P. 35(a).)

Accordingly, the court DENIES the Mr. Sportelli's motion (Dkt. # 27).

Dated this 5th day of February, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2